FILED

2011 Jun-30  PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TOMMY BASS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  2:10-cv-2445-IPJ-HGD |
| | ) | |
| WARDEN FREDDIE BUTLER, | ) | |
| et al., | ) | |
| | ) | |
| Defendant | ) | |

### MEMORANDUM OF OPINION

The plaintiff, Tommy Bass, hereinafter referred to as "the plaintiff," has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, alleging that rights, privileges, or immunities afforded him under the Constitution or laws of the United States were abridged during his incarceration at Hamilton Aged & Infirmed Center in Hamilton, Alabama.  The magistrate judge filed a report and recommendation on June 7, 2011, recommending that this action be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  No objections have been filed.

Having carefully reviewed and considered de novo all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report it due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed

pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.

A Final Judgment in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of June, 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE